OCTOBER 19, 1981

No. 81–240. MORRIS, MARYLAND STATE ADMINISTRATOR OF ELECTION LAWS, ET AL. *v.* MATHERS ET AL. Appeal from C. A. 4th Cir. The order dismissing the appeal for want of substantial federal question is hereby vacated [see Reporter's Note, *ante*, p. 884]. The judgment is affirmed.

No. 81–268. SCOTT ET AL. *v.* DUMAS ET AL. Appeal from Ct. App. La., 1st Cir., dismissed for want of substantial federal question.

No. 81–317. WEINBERGER *v.* FLORIDA BAR. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 81–342. CASILLAS *v.* S.W.I.G. ET AL. Appeal from Ct. App. N. M. dismissed for want of substantial federal question.

No. 80–1816. PARRATT, WARDEN *v.* FORD. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Sumner* v. *Mata*, 449 U. S. 539 (1981).

No. 81–397. BUREAU OF ECONOMIC ANALYSIS, UNITED STATES DEPARTMENT OF COMMERCE *v.* LONG ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the Economic Recovery Tax Act of 1981, Section 701, 95 Stat. 340, Pub. L. 97–34.